# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| MARTA G. WILLIAMS, *et al.*, ) | |
| ) | Case No. 4:14-cv-82 |
| *Plaintiffs*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Susan K. Lee |
| ROBERT L. BEVILL, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

On February 1, 2016, the parties filed an amended joint motion for approval of settlement. (Doc. 51.) On February 8, 2016, Magistrate Judge Lee filed a Report and Recommendation ("R&R") recommending that:

1. The joint amended motion for approval of settlement [Doc. 51] be **GRANTED** and the proposed settlement of Plaintiffs' FLSA claims and the Agreement [Doc. 52] be **APPROVED** as a fair and reasonable compromise of bona fide issues of law and fact;

2. The original motion for approval of the settlement [Doc. 43] be **DENIED** as **MOOT**; and

3. The parties be **ORDERED** to timely submit a proper stipulation of dismissal of the FLSA claims with prejudice.

(Doc. 55.) No party has filed an objection. Having reviewed the R&R, the Court agrees with the Magistrate Judge's recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R (Doc. 112), **GRANTS** the joint motion (Doc. 51), and **APPROVES** the settlement agreement (Doc. 52). The original motion for settlement approval (Doc. 43) is **DENIED** as **MOOT**, and the parties are hereby **ORDERED** to submit a proper stipulation of dismissal

within thirty days of the entry of this order.

                                        /s/ *Travis R. McDonough*
                                        **TRAVIS R. MCDONOUGH**
                                        **UNITED STATES DISTRICT JUDGE**